UNITED STATES MAGISTRATE COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ERNEST PANNELL
Crim. No. 12-399(SRC), SBI#233721C, ~~DOB~~

## PETITION FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

1. **Ernest Pannell, SBI#233721C,** ~~DOB 10/00~~ (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility, New Jersey.

2. The Detainee is charged in this District by Indictment with a violation of 18 U.S.C. § 922(g)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required in **Newark, New Jersey**, before the Hon. Michael A. Hammer, U.S.M.J., on **Thursday, June 28, 2012, at 10:00 am,** for an Initial Appearance and Arraignment. A Writ of Habeas Corpus should be issued for that purpose.

DATED: June 18, 2012

_____
Kathleen Hamann
Special Assistant U.S. Attorney
Petitioner (973) 645-2825

---

### ORDER

Let the Writ Issue.
DATED: **6/20/2012**

_____
Hon. Stanley R. Chesler, U.S.D.J.

---

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Essex County Correctional Facility, New Jersey:

WE COMMAND YOU that you have the body of

**Ernest Pannell, SBI#233721C,** ~~redacted~~

now confined at the Essex County Correctional Facility, New Jersey, brought before the **United States District Court, the Hon. Michael A. Hammer, U.S.M.J., at Newark, NJ, on Thursday, June 28, 2012 at 10:00 am,** so that the Detainee may attend an Initial Appearance and Arraignment the above-captioned matter. Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
United States District Judge
Newark, New Jersey.

DATED: **6/19/2012**

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per _____
Deputy Clerk